PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

(559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAY WILLIAM URIBE,<br><br>Defendant. | CASE NO.  1:17-CR-00240-ADA-BAM<br>            1:22-CR-00142-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 14, 2023<br>TIME: 2 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, case number 22-cr-142 was set for status on June 14, 2023 and case number 17-cr-240, a petition alleging a violation of supervised release, was set for status on June 14, 2023 at 2 p.m. on the duty calendar.

2. By this stipulation, the parties now move to continue the conference in both matters until August 9, 2023, and to exclude time between June 14, 2023, and August 9, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery as to these matters has been provided to the defense.

    b) A plea agreement encompassing both matters before the Court was approved and sent to counsel for defendant. Counsel for defendant needs time to review the plea agreement,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

review discovery in both matters as well as conduct any investigation warranted. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 14, 2023 to August 9, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 7, 2023                       PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ LAUREL J. MONTOYA
                                       LAUREL J. MONTOYA
                                       Assistant United States Attorney

Dated: June 7, 2023                       /s/ ERIC V. KERSTEN
                                       ERIC V. KERSTEN
                                       Counsel for Defendant
                                       RAY WILLIAM URIBE,

///

///

///

### **ORDER**

IT IS SO ORDERED that both of the status conferences are continued from June 14, 2023, to **August 9, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 7, 2023**              /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE