| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | RAY URIBE |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00142-ADA-BAM |
| Plaintiff, | 1:17-cr-00240-ADA-BAM |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| RAY URIBE, | |
| Defendant. | Date:   September 27, 2023 |
| | Time:   2:00 p.m. |
| | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Laurel Montoya, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant Ray Uribe, that the status conference scheduled for August 9, 2023 may be continued to September 27, 2023.

This continuance is requested to allow time for additional defense investigation, and to provide time to engage in further efforts to reach a negotiated settlement of these matters.

The parties agree that all time through the proposed September 27, 2023 status conference shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request

on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                              Respectfully submitted,

                              PHILLIP A. TALBERT
                              United States Attorney

DATED: August 2, 2023          /s/ *Laurel Montoya*
                                     LAUREL MONTOYA
                                     Special Assistant United States Attorney
                                     Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

DATED: August 2, 2023          /s/ *Eric V. Kersten*
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     RAY URIBE

## **ORDER**

    IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **September 27, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

    IT IS SO ORDERED.

Dated: **August 3, 2023**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE