1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | ERIC V. KERSTEN, #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA 93721
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
RAY URIBE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00142-NODJ-BAM |
| --- | --- |
| Plaintiff, | 1:17-cr-00240-NODJ-BAM |
| v. | STIPULATION TO CONTINUE SENTENCING; ORDER |
| RAY URIBE, | Date: March 22, 2024 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: TBD |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Laurel Montoya, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant Ray Uribe, that the sentencing hearing scheduled for March 4, 2024 may be continued to March 22, 2024.

The new offense in Case No. 1:22-cr-00142-NODJ and the supervised release violation in Case No. 1:17-cr-00240-NODJ are based on the same conduct and set for sentencing tat the same time. This continuance is requested based on a scheduling conflict. Defense counsel has federal court appearances scheduled for both Fresno and Sacramento the morning of March 4, 2024. This continuance is requested to accommodate the schedule of defense counsel and allow him to personally appear for both matters.

//

The parties agree that all time through the proposed March 22, 2024 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and continuity of counsel and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: February 27, 2024

/s/ *Laurel Montoya*
LAUREL MONTOYA
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 27, 2024

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RAY URIBE

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from March 4, 2024, to **March 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **February 27, 2024**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

Uribe: Stipulation to
Continue Sentencing

-2-